■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADONAI LAUREANO, Appellant. [41 NYS3d 883]—Order, Supreme Court, New York County (Daniel P. FitzGerald, J.), entered on or about September 26, 2014, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or outweighed by aggravating factors, including the seriousness of the underlying offense. Concur—Mazzarelli, J.P., Friedman, Acosta, Andrias and Moskowitz, JJ.